**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1876**

ROBIN J. VINESETT,

              Plaintiff - Appellant,

       v.

UNITED PARCEL SERVICE, INCORPORATED,

              Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:10-cv-00415-MOC-DCK)

Submitted:  April 29, 2013                Decided:  June 6, 2013

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kirk J. Angel, THE ANGEL LAW FIRM, PLLC, Concord, North Carolina, for Appellant.  Charles A. Gartland, II, Leslie W. Bradenham, Susan B. Molony, ALSTON & BIRD, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin J. Vinesett appeals from the district court's order granting summary judgment in favor of United Parcel Service on his employment discrimination case. We have reviewed the record and the briefs filed by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vinesett v. United Parcel Serv., Inc., No. 3:10-cv-00415-MOC-DCK (W.D.N.C. June 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED